# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Khaim Khaimov

Case No. Civil 01-1713 RHK/JGL

Plaintiff

v.

**JUDGMENT IN A CIVIL CASE**

MN Department of Corrections,
Jeff Amberg, Micharl Finnegan, Mark
Warner, David Valentin, Thomas
Starisha, Lt. Seath, Sgt. Lindell, Alex
Uspensky, Peggy Shumaher, Lt. Tate

Defendants

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the objections are overruled. The Report and Recommendation is adopted. Plaintiff's motion for emergency court hearing is denied. This action is summarily dismissed without prejudice.

DATE: November 9, 2001

RICHARD D. SLETTEN, CLERK

Victoria Moralez, Deputy Clerk